UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:23-CV-00018-M-RN

LL WHITFIELD FAMILY TRUST,

    Plaintiff,
    Defendant-in-Counterclaim,

v.

DISNEY SHOPPING, INC.,

    Defendant,
    Plaintiff-in-Counterclaim.

**ORDER GRANTING CONSENT MOTION TO STAY DISCOVERY AND FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO COMPEL**

    This matter was considered by the undersigned on a consent motion, pursuant to Fed. R. Civ. P. 6(b) and Local Civil Rule 77.2, by Plaintiff requesting on order staying all discovery and pretrial deadlines and extending time to respond to Defendant's Motion to Compel. (Dkt. 65).

    It appears to the Court that the requested stay serves to best conserve the parties' and the Court's resources, is made for good cause, and that the time for filing a response to Defendant's Motion to Compel has not yet expired. The Court further acknowledges that Defendant has consented to these requests, and that good cause exists to grant this Motion.

    IT IS, THEREFORE, ORDERED that all discovery and pretrial deadlines are stayed until July 31, 2025, at which time the parties must submit a status report informing the Court of the parties' progress and, unless otherwise able to resolve the matter, requesting the stay be lifted with discovery and pretrial deadlines reset as calculated from July 31, 2025. It is further ordered that the Plaintiff shall have 5 days from entry of a subsequent order lifting the stay to respond to the Defendant's pending Motion to Compel. As explained in the Motion, the stay will in effect toll all

1

discovery deadlines (including the time for which to respond to outstanding discovery already served). Thus, each party will have the same amount of time to respond to or otherwise complete discovery when the stay is lifted as they currently have.

Dated: July 7, 2025

_____
Robert T. Numbers, II
United States Magistrate Judge