IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-00018-M

**LL Whitfield Family Trust**,

    Plaintiff,

v.

**Marvel Entertainment, LLC**, et al.

    Defendants.

**Order**

In June 2025, Defendant Disney Shopping Inc. filed a motion to compel supplemental discovery responses. The time for Plaintiff LL Whitfield Family Trust has failed to respond to the motion in the time allotted by the court. The court has reviewed the motion and determines that it should be granted for the reasons stated in the supporting memorandum. So the court grants the motion to compel (D.E. 65), and orders that within 14 days of entry of this order:

1. Plaintiff LL Whitfield Family Trust must

    a. Provide complete answers to Interrogatories 4–7, 10, 12–17, 19, and 23.

    b. Produce a privilege log that complies with Supreme Court and Fourth Circuit precedent.

    c. Produce all responsive, non-privileged documents and electronically stored information or certify that it has no further responsive documents.

**If the Trust fails to comply with this order, the court may impose sanctions as provided under Rule 37. These sanctions may include dismissal of the complaint.**

By the same deadline, Defendant Disney Shopping LLC may file a memorandum of no more than 10 pages describing the fees and costs it incurred in connection with the motion. It

should ensure that its submission contains all the information required by Supreme Court and Fourth Circuit precedent for the court to assess the appropriate amount to award. The Trust may file a responsive brief of no more than 10 pages no later than 14 days after Disney Shopping files its memorandum. In the event this matter is dismissed, the court will retain jurisdiction to address the fee award issue.

The Clerk of Court must mail a copy of this order to the Trust at the address listed in its counsel's motion to withdraw.

Dated: September 3, 2025

_____
Robert T. Numbers, II
United States Magistrate Judge